In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00214-CR

                                                ______________________________

 

 

                                 JAMES OWEN SPURLOCK,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                      On Appeal from the 402nd
Judicial District Court

                                                             Wood County, Texas

                                                       Trial Court
No. 19,452-2006

 

                                                     
                                             

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                        Memorandum Opinion by Chief Justice Morriss








                                                     MEMORANDUM 
OPINION

 

            James
Owen Spurlock has filed a pro se notice of appeal, claiming to appeal from the
trial court’s denial of his post-conviction motion for DNA testing.  We have now received the supplemental clerk’s
record containing the order signed by the trial court December 22, 2010.  That order denies only Spurlock’s request for
appointment of counsel,[1]
not Spurlock’s motion for post-conviction DNA testing.

            An
order denying appointed counsel under Article 64.01(c) of the Texas Code of
Criminal Procedure is not appealable.  Gutierrez v. State, 307 S.W.3d 318, 319,
323 (Tex. Crim. App. 2010); see Tex. R. App. P. 25.2(a)(2); Tex. Code Crim. Proc. Ann. art.
64.01(c) (Vernon Supp. 2010).

            We
dismiss this appeal for want of jurisdiction.

 

                                                                        Josh
R. Morriss, III

                                                                        Chief
Justice

 

Date Submitted:          January
5, 2011

Date Decided:             January
6, 2011

 

Do Not Publish











[1]The
trial court did not find that reasonable grounds existed for the motion that
counsel be appointed.